79 F.3d 1162
 Morley's Auto Body, Inc., a Florida Corp., d/b/a Morley's
Towing, Morris Solow, David Solow, d/b/a Dave's
Towing, Kenneth Solow
v.
Don Hunter, Sheriff of Collier County, L. Wayne Graham,
Captain in Collier County Sheriff's Office,
Collier County, Collier County Sheriff's
Office, John Doe 1-10
 NO. 94-3158
 United States Court of Appeals,
Eleventh Circuit.
 Feb 27, 1996
 M.D.Fla., 70
 F.3d 1209
 
 1
 DENIALS OF REHEARING EN BANC.